EUGENE J. ORSENIGO et al., Appellants, *v.* LANCIA MOTOR SALES CORPORATION, Respondent.

(Argued February 15, 1929; decided March 19, 1929.)

*Joseph R. Kelley* and *George F. Handel* for appellants.
*Bernard Fliashnick* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.